# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 13-6733-WDK (PLAx)                                         Date  July 28, 2015

Title:   J & J Sports Productions, Inc. v. Santiago Salgado-Mejia

---

PRESENT:  THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**       (ORDER TO SHOW CAUSE)

By Order dated August 5, 2014, the parties were advised that a mediation must be concluded no later than May 4, 2015.  On December 22, 2014, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, April 24, 2015, at 2:00 p.m.  A Mediation Report was filed on April 24, 2015, by the ADR Director, indicating that neither defendant nor defendant's representative appeared at the scheduled mediation.  On April 28, 2015, the District Judge referred the parties back to the ADR Director for another settlement conference.  On June 2, 2015, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, July 24, 2015, at 3:00 p.m.  Plaintiff's counsel filed a Status Report Re: Outcome of the Mediation on July 27, 2015, advising the Court that defendant again failed to appear for the scheduled mediation. Accordingly, **defendant is ordered to show cause, no later than August 7, 2015, why monetary sanctions should not be imposed on defendant for failure to comply with this Court's Order**.


cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Counsel of record

Initials of Deputy Clerk   ch