# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 13-6733-WDK (PLAx)                                               Date August 28, 2015

Title:   J & J Sports Productions, Inc. v. Santiago Salgado-Mejia

---

**PRESENT:  THE HONORABLE   PAUL L. ABRAMS**                  ☐ U.S. DISTRICT JUDGE
                                                              ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANTS:**
                NONE                                                  NONE

**PROCEEDINGS:**          **(ORDER TO SHOW CAUSE)**

By Order dated August 5, 2014, the parties were advised that a mediation must be concluded no later than May 4, 2015.  On December 22, 2014, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, April 24, 2015, at 2:00 p.m.  A Mediation Report was filed on April 24, 2015, by the ADR Director, indicating that neither defendant nor defendant's representative appeared at the scheduled mediation. On April 28, 2015, in light of defendant's representations that he was not advised of the April 24, 2015, mediation, the District Judge referred the parties back to the ADR Director for another settlement conference. On June 2, 2015, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, July 24, 2015, at 3:00 p.m.  Plaintiff's counsel filed a Status Report Re: Outcome of the Mediation on July 27, 2015, advising the Court that defendant again failed to appear for the scheduled mediation. Accordingly, on July 28, 2015, defendant was ordered to show cause, no later than August 7, 2015, why monetary sanctions should not be imposed on him for failure to comply with this Court's Order.  To date, defendant has not responded to the order to show cause in any manner.  In these circumstances, the Court finds that monetary sanctions are warranted.

Accordingly, **no later than September 8, 2015, defendant shall pay to the Clerk of the Court the sum of $200.00** as a sanction for failing to comply with this Court's Order by not appearing for the July 24, 2015, mediation.

cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Counsel of record

                                                                          Initials of Deputy Clerk   ch