JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**SANTIAGO SALGADO-MEJIA,**<br><br>Defendant. | Case No.  CV 13-06733 WDK-PLA<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Santiago Salgado-Mejia, individually and doing business as El Rinconcito De Michoacan, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Santiago Salgado-Mejia, individually and doing business as El Rinconcito De Michoacan, shall pay the plaintiff, J & J Sports Productions, Inc., $4,000.00 in total damages.

///

///

///

1    IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2 mail or by telefax or by email, copies of this Judgment on counsel for the
3 defendant or the pro se defendant in this matter.

Dated: March 21, 2016

_____
William Keller
United States District Judge